# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ACORD,**<br><br>            Plaintiff,<br><br>     v.<br><br>**CHAMPIONS RECOVERY ALTERNATIVES,** *et al.***,**<br><br>            Defendants. | Case No. 1:17-cv-01145-LGO-EPG<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE AND TO SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>(ECF No. 2) |

Plaintiff Richard Acord is proceeding *pro se* in this action pursuant to 42 U.S.C. § 1983. On August 25, 2017, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

A civil action may proceed despite a failure to prepay the entire filing fee only if the party initiating the action is granted leave to proceed IFP. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). In applying to proceed IFP, a plaintiff must submit an affidavit that "state[s] the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960) ("The right to proceed in forma paupers is not an unqualified one. It is a privilege, rather than a right"). Under 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act ("PLRA"), a prisoner seeking leave to proceed IFP must also submit a "certified copy of the trust fund account statement (or institutional equivalent) for ... the six-month period immediately preceding the filing of the

1

complaint." 28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).

Plaintiff fails to submit an affidavit stating his assets with any particularity. In his motion, Plaintiff only states that he is in custody in Kings County Jail and is "without funds or assets to raise the funds to pay the filing cost in this matter." (ECF No. 2.) The Court is not able to consider Plaintiff's application until the requisite information is provided. Therefore, if Plaintiff wishes to proceed *in forma pauperis*, he shall file a completed application no later than October 16, 2017. Alternatively, Plaintiff may pay the filing fee by that same date.

Accordingly, **IT IS HEREBY ORDERED** that:

The Clerk shall attach an application to proceed *in forma pauperis* to this Order. No later than **October 16, 2017**, Plaintiff shall submit the attached application fully completed and signed, or in the alternative, pay the filing fee.

**No extensions will be granted without a showing of good cause. Failure to timely comply with this order will result in a recommendation that the application be denied.**

IT IS SO ORDERED.

Dated: **September 14, 2017**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2